# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00093-CR

---

## Ex parte Rodrick Lavaur Griffin

---

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### NO. 81528, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Rodrick Lavaur Griffin, an inmate in the Texas Department of Criminal Justice, filed a post-conviction application for writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure that was subsequently denied by the Texas Court of Criminal Appeals (CCA) without written order. *See* Tex. Code Crim. App. art. 11.07. Griffin, appearing pro se, now seeks to appeal that denial.

Article 11.07 provides the exclusive remedy for post-conviction relief from a felony conviction in which the applicant seeks relief from a judgment imposing a penalty other than death. *See id.* The article vests complete jurisdiction over such relief with the CCA. *See id.*, at §§ 3, 5. Accordingly, we have no jurisdiction over criminal-law matters pertaining to proceedings under article 11.07, including appellate review of applications denied by the CCA. *See In re Garcia*, 363 S.W.3d 819, 822 n.4 (Tex. App.—Austin 2012, no pet.) ("Courts of appeals have no jurisdiction over criminal-law matters pertaining to proceedings under article 11.07."); *In re Briscoe*, 230 S.W.3d 196, 196–97 (Tex. App.—Houston [14th Dist.] 2006, orig.

proceeding) (observing intermediate appellate courts lack jurisdiction over "post-conviction writs of habeas corpus in felony cases" under article 11.07); *see also Ex parte Taylor*, No. 03-16-00461-CR, 2016 WL 6407301, at *1 (Tex. App.—Austin Oct. 28, 2016, no pet.) (mem. op., not designated for publication) (noting that this Court "do[es] not have jurisdiction to review the Court of Criminal Appeals's denial of [appellant's] application for writ of habeas corpus"). This appeal is therefore dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Jurisdiction

Filed: March 24, 2023

Do Not Publish

2